UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   4:08CR297 CEJ (TIA) |
| | ) | |
| MATTHEW SULLIVAN, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S ENTRY OF APPEARANCE

COMES NOW Catherine L. Hanaway, United States Attorney for the Eastern District of

Missouri and Raymond M. Meyer, Assistant United States Attorney for said District, and hereby

enters their appearance as counsel on behalf of the United States.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney

 *s/Raymond M. Meyer*
RAYMOND M. MEYER, #5832
Assistant United States Attorney
111 S. 10th Street, 20th Floor
St. Louis, MO 63102
(314) 539-2200