UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
v.                                  )   No. 4:08CR297CEJ/TIA
                                    )
MATTHEW SULLIVAN,                   )
                                    )
            Defendant.              )

## ORDER

MATTHEW SULLIVAN having established the inability to retain private counsel,

being in need of counsel, and being entitled to the appointment of counsel under the Criminal Justice

Act, as amended, 18 U.S.C., §3006(A),

**IT IS HEREBY ORDERED** that the Federal Public Defender for this district is

appointed to represent MATTHEW SULLIVAN in this matter.

                        _____/s/ Terry I. Adelman_____
                        UNITED STATES MAGISTRATE JUDGE

Dated this 29th day of July, 2008.